**Eulala SHUTE, and Russel Shute, Plaintiffs–Appellants,**

v.

**CARNIVAL CRUISE LINES, Defendant–Appellee.**

**No. 87–4063.**

United States Court of Appeals, Ninth Circuit.

June 10, 1991.

Gregory J. Wall, Brousseau, Wall & Jankovich, Seattle, Wash., for plaintiffs-appellants.

Jonathan Rodriguez–Atkatz, Bogle & Gates, Seattle, Wash., for defendant-appellee.

Before FLETCHER, BOOCHEVER and TROTT, Circuit Judges.

## ORDER

The judgment of the district court is affirmed for the reasons set forth in *Carnival Cruise Lines, Inc. v. Shute,* —— U.S.

——, 111 S.Ct. 1522, 113 L.Ed.2d 622 (1991).